UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LINDSEY M. G.,

                              **Plaintiff,**

          v.                                     5:24-CV-708
                                                       (FJS/ML)

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**
_____

**APPEARANCES**                                        **OF COUNSEL**

**HILLER COMERFORD INJURY**          **JEANNE E. MURRAY, ESQ.**
**& DISABILITY LAW**                         **JUSTIN M. GOLDSTEIN, ESQ.**
6000 North Bailey Avenue - Suite 1a
Amherst, New York 14226
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**    **GEOFFREY M. PETERS, ESQ.**
6401 Security Boulevard
Baltimore, Maryland 21235
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

       Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of Defendant denying her applications for Disability Insurance Benefits and Supplemental Security Income.  *See* Dkt. No. 1.

       After a thorough review of the record, Magistrate Judge Lovric recommended that this Court grant Plaintiff's motion for judgment on the pleadings and deny Defendant's motion for judgment on the pleadings.  *See* Dkt. No. 17 at 18.  Magistrate Judge Lovric also recommended

that the Court reverse and remand this matter to Defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with his Report and Recommendation. *See id.*

Neither party filed any objections to the Report-Recommendation within the required timeframe.

When a party does not object to a magistrate judge's report-recommendation, the Court reviews that report-recommendation for clear error. *See Kaliegh O. o/b/o S.S.T. v. Comm'r of Soc. Sec.*, No. 5:24-cv-00662 (MAD/TWD), 2025 WL 2528577, *1 (N.D.N.Y. Sept. 3, 2025) (citations omitted). "'When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."'" *Id.* (quoting *Petersen*, 2 F. Supp. 3d at 229). "After the appropriate review, 'the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)).

The Court has reviewed Magistrate Judge Lovric's Report-Recommendation and finds no clear error in his determination that the Court should remand the proceedings for further administrative review. Therefore, the Court hereby

**ORDERS** that Magistrate Judge Lovric's August 19, 2025 Report-Recommendation, *see* Dkt. No. 17, is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings, *see* Dkt. No. 10, is **GRANTED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings, *see* Dkt. No. 15, is **DENIED**; and the Court further

**ORDERS** that this matter is **REVERSED and REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 for further proceedings consistent with Magistrate Judge Lovric's Report-Recommendation; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: September 5, 2025
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge